**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-7214**

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

ADAM JOE LOUIS JORDAN, III,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Kenneth D. Bell, District Judge.  (5:11-cr-00011-KDB-DSC-1)

_____

Submitted:  June 15, 2023                                             Decided:  June 20, 2023

_____

Before DIAZ, RICHARDSON, and HEYTENS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Adam Joe Louis Jordan, III, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adam Joe Louis Jordan, III, appeals the district court's order denying his motion for compassionate release and a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(1). We have reviewed the record on appeal and conclude that the district court did not abuse its discretion in denying relief. *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021) (providing standard). Accordingly, we affirm the district court's order. *United States v. Jordan*, No. 5:11-cr-00011-KDB-DSC-1 (W.D.N.C. Sept. 28, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*